344

**No. 57070.**—Calif-Asia Co., Ltd. *v.* United States, protests 84208–K and 84737–K (San Francisco).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475), the claim of the plaintiff was sustained.

**No. 57071.**—American Customs Brokg. Co. for account of Calif-Asia Rattan Co. *v.* United States, protests 170360–K, etc. (Honolulu).

Opinion by MOLLISON, J. It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475). In accordance with stipulation of counsel and following the cited decision, the items marked "A" were held dutiable at 20 percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.

**No. 57072.**—Calif-Asia Rattan Company *v.* United States, protest 173161–K (Seattle).

Opinion by MOLLISON, J. It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475). In accordance with stipulation of counsel and following the cited decision, the items marked "A" were held dutiable at 20 percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.

**No. 57073.**—Arnhold, Hoffman & Company, Inc. *v.* United States, protest 184661–K (New York).

Opinion by MOLLISON, J. The protest was dismissed.

**No. 57074.**—Metro Medical Distributors, Inc. *v.* United States, protest 184939–K (New York).

Opinion by MOLLISON, J. An examination of the official papers failing to disclose anything which would warrant disturbing the decision of the collector, which was presumptively correct, the protest was dismissed.